NUMBER 13-04-185-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
__________________________________________________________________

CLEMENT RUNNELS,                                                                  Appellant,

v.

THE STATE OF TEXAS,                                                                Appellee.
__________________________________________________________________

On appeal from the 148th District Court
of Nueces County, Texas.
__________________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Hinojosa and Yañez
Memorandum Opinion Per Curiam


         Appellant, CLEMENT RUNNELS, attempts to appeal a conviction for robbery. 
The trial court has certified that this “is a plea-bargain case, and the defendant has NO
right of appeal.” See Tex. R. App. P. 25.2(a)(2).
         On April 15, 2004, this Court notified appellant’s counsel of the trial court’s
certification and ordered counsel to: (1) review the record; (2) determine whether
appellant has a right to appeal; and (3) forward to this Court, by letter, counsel’s
findings as to whether appellant has a right to appeal, or, alternatively, advise this
Court as to the existence of any amended certification.
         On June 11, 2004, counsel filed a letter brief with this Court. Counsel’s
response does not establish (1) that the certification currently on file with this Court
is incorrect or (2) that appellant otherwise has a right to appeal. 
         The Texas Rules of Appellate Procedure provide that an appeal must be
dismissed if the trial court’s certification does not show that the defendant has the
right of appeal. Tex. R. App. P. 25.2(d); see Tex. R. App. P. 37.1, 44.3, 44.4.
Accordingly, this appeal is dismissed. Any pending motions are denied as moot.

                                                      PER CURIAM

Do not publish. Tex. R. App. P. 47.2(b).
Opinion delivered and filed this
the 22nd day of July, 2004.